## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Stephan Zouras LLP

                         Plaintiff,

v.                                             Case No.: 1:15–cv–07890
                                                        Honorable Samuel Der–Yeghiayan

One Source Financing LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2015:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: The parties having stipulated to the agreed dismissal of this action, this case is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, each party to bear its own costs and fees. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.